CV

# U.S. District Court
# District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:08−cv−01151−RHK−JJK

Smith v. Davol, Inc. et al
Assigned to: Judge Richard H. Kyle
Referred to: Magistrate Judge Jeffrey J. Keyes
Cause: 28:1332−pip−Diversity−Personal Injury, Product Liability

Date Filed: 04/25/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Johnny James Smith** represented by

**Charles H Johnson**
Charles H Johnson &Associates, PA
2599 Mississippi St
New Brighton, MN 55112
651−633−5685
Fax: 651−633−4442
Email: johnsonbarbara5@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/25/2008 | Ï 1 | COMPLAINT against Davol, Inc., C.R. Bard, Inc. ( Filing fee $ 350 receipt number 23223.) assigned to Judge Richard H. Kyle per Master referred to Magistrate Judge Arthur J. Boylan, filed by Johnny James Smith. (Attachments: # 1 Civil Cover Sheet) (VEM) (Entered: 04/28/2008) |
| 04/25/2008 | Ï | Summons Issued as to Davol, Inc., C.R. Bard, Inc. (VEM) (Entered: 04/28/2008) |
| 05/02/2008 | Ï 2 | REQUEST FOR WAIVER of Service sent to Mr. Brian L. Burlew (Defense Counsel for Service of Process) on 5/2/2008 by Johnny James Smith. Waiver of Service due by 6/2/2008. (Attachments: # 1 Attached Waiver of Service of Summons Form sent to Defendants)(Johnson, Charles) (Entered: 05/02/2008) |
| 05/02/2008 | Ï 3 | CERTIFICATE OF SERVICE by Johnny James Smith re 2 Request for Waiver of Service, 1 Complaint, *(Awaiting defendants return of waiver of service of summons)* (Johnson, Charles) (Entered: 05/02/2008) |
| 05/22/2008 | Ï 4 | WAIVER OF SERVICE Returned Executed filed by Johnny James Smith. Davol, Inc. waiver sent on 5/2/2008, answer due 7/1/2008; C.R. Bard, Inc. waiver sent on 5/2/2008, answer due 7/1/2008. (Attachments: # 1 Certificate of Service)(Johnson, Charles) (Entered: 05/22/2008) |
| 05/29/2008 | Ï 5 | |

| | | |
|---|---|---|
| | | TEXT−ONLY ENTRY. CLERK'S NOTICE OF REASSIGNMENT OF MAGISTRATE JUDGE. The Clerk of Court is directed to reassign the Magistrate Judge in this case. Case is reassigned to Magistrate Judge Jeffrey J. Keyes for all further proceedings. Magistrate Judge Arthur J. Boylan no longer assigned to the case. In addition, any proceedings currently scheduled before the transferring Magistrate Judge will proceed in front of that Judge, unless directed otherwise. Please contact Jackie Phipps, at (612) 664−5470, for scheduling or other matters related to Magistrate Judge Keyes. **NOTE:** the new case number is **08cv1151 RHK/JJK**. Please use this case number for all subsequent pleadings. (JME) (Entered: 05/29/2008) |
| 06/23/2008 | Ï 6 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO−20) from the Judicial Panel on Multidistrict Litigation: the Panel transferred to the US District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings. Assigned to the Honorable Mary M. Lisi (VEM) (Entered: 06/23/2008) |
| 06/23/2008 | Ï | NOTICE case has been transferred/extracted to the Eastern District of Arkansas. (VEM) (Entered: 06/23/2008) |